**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MEDGHYNE CALONGE,

                     Petitioner,           24 **CIVIL** 8988 (GHW)
                                                            20 **CR.** 523 (GHW)

   -against-

                                                                   **JUDGMENT**

UNITED STATES OF AMERICA,

                     Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated July 29, 2025, Ms. Calonge's petition is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). Ms. Calonge has not made a substantial showing of the denial of a constitutional right, so the Court denies a certificate of appealability under 28 U.S.C. § 2253.  Judgment is entered for the Respondent; accordingly, the case 1:24-cv-8988-GHW is closed.

**DATED:**  New York, New York
             July 29, 2025

                                                                **TAMMI M. HELLWIG**
                                                                    **Clerk of Court**

                                    **BY:**     K. Mango

                                                                    **Deputy Clerk**